# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MICHELE VUOLO,**

    **Plaintiff,**

v.                                                   Case No. 4:21-cv-473-AW/MAF

**MHM HEALTH PROFESSIONALS LLC,**

    **Defendant,**

_____/

## **JUDGMENT**

This case is dismissed with prejudice for failure to state a claim.

                                                       JESSICA J. LYUBLANOVITS
                                                       CLERK OF COURT

May 24, 2022                               _s/ Blair Patton_
Date                                                   Deputy Clerk: Blair Patton