| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 22-12059-CC Michele Vuolo v. MHM Health Professionals, LLC "Civil Appeal Docketed - Notice of Appeal" (4:21-cv-00473-AW-MAF) |
| **Date:** | Friday, June 24, 2022 12:17:53 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was entered on 06/24/2022 at 12:16:26 PM Eastern Daylight Time and filed on 06/21/2022

**Case Name:**   Michele Vuolo v. MHM Health Professionals, LLC
**Case Number:**   22-12059
**Document(s):**   Document(s)

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Michele Vuolo on 06/17/2022. Fee Status: Fee Paid. No hearings to be transcribed. The appellant's brief is due on or before 08/01/2022. The appendix is due no later than 7 days from the filing of the appellant's brief. Awaiting Appellant's Certificate of Interested Persons due on or before 07/08/2022 as to Appellant Michele Vuolo. Awaiting Appellee's Certificate of Interested Persons due on or before 07/22/2022 as to Appellee MHM Health Professionals, LLC

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court
Kimberly J. Doud
Marie A. Mattox

**Notice sent via US Mail to:**

Adam James Ellis
Marie A. Mattox, PA
203 N GADSDEN ST
TALLAHASSEE, FL 32301

Natalie J. Storch
Fisher & Phillips, LLP
200 S ORANGE AVE STE 1100
ORLANDO, FL 32801

The following document(s) are associated with this transaction:
**Document Description:** DKT-7CIV Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/ChrisBlair_2212059_9700580_DKT-7CIVCivilEarlyBriefing_114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=06/21/2022] [FileNumber=9700580-3]
[111e973a6aaf7b933ce75d1e8600c7019f4d487252f603cea783e250f9186f7dc7c547a2d9ba54e881ccc5599e7d3b53d503686726339e745777ac7f4cb3054c]]
**Recipients:**

- Clerk - Northern District of Florida, Clerk of Court
- Kimberly J. Doud
- Adam James Ellis
- Marie A. Mattox
- Natalie J. Storch

**Document Description:** NOA DE# 32
**Original Filename:** 22-12059 NOA DE# 32.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=06/21/2022] [FileNumber=9700580-0]
[5c6abad83b1939c8ccb2b18b92b910e848253f860e028e272043dcf8d368e11a3cbbd38106075d1efa8074e8a4ee731f87d8dccf482dc3e35a74dde066257d28]]

**Document Description:** Judgment DE# 29
**Original Filename:** 22-12059 Judgment DE# 29.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=06/21/2022] [FileNumber=9700580-1]
[048ead2a70ed14783c26292d3d21407c2d1c1d4a36c5ffa4d7ab7408eb80d829f2e3a351e0b100d4ad878e4a628f630f06a1fe004148c08f97beaf6e49d99097]]

**Document Description:** Order DE# 28
**Original Filename:** 22-12059 Order DE# 28.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=06/21/2022] [FileNumber=9700580-2]
[5e0b5f3d55aba2f4e528e241ca0c481b44b3353ba39d1783543684e2fb038ce56fc50eb929214e95f5c671dcfe21f1b425fe4cf11b84fc17ec91f907c8bb557d]]