UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE   DIVISION

MICHELE VUOLO,

    Plaintiff,

vs.                                     CASE NO. 4:21-cv-473-AW-MAF

MHM HEALTH PROFESSIONALS LLC,

    Defendant.
_____/

## TAXATION OF COSTS BY CLERK

Judgment was entered in favor of the Defendant and against the Plaintiff in the above entitled action on May 24, 2022.  A Bill of Costs was filed by the Defendant  (doc. 31).  A Stipulation  was filed by the Plaintiff (doc. 33).  Pursuant to a Court  Order regarding Bill of Costs  (doc. 38) the undersigned hereby taxes costs against the Plaintiff in the amount of $402.00.

Done this 29th day of June, 2022, at Tallahassee, Florida.

                                                              JESSICA J. LYUBLANOVITS
                                                              CLERK OF COURT

                                    By:   *s/ Blair K. Patton*
                                                Resident Deputy-in-Charge
                                                Gainesville Division